THE INTERSTATE LAND HOLDING COMPANY, Appellant, v. HENRY GERSTMAN, Respondent. THE INTERSTATE LAND HOLDING COMPANY, Appellant, v. EMANUEL KOHN, Respondent. THE INTERSTATE LAND HOLDING COMPANY, Appellant, v.

# 768 CASES REPORTED WITH BRIEF SYLLABI.

HYMAN J. LEVY, Respondent. THE INTERSTATE LAND HOLDING COMPANY, Appellant, v. SAMUEL URIS, Respondent.— Determinations modified in accordance with the facts as indicated in the opinion of the Municipal Court, to wit, that the rents of each of the apartments affected by these appeals should be increased at the rate of sixty-four dollars and sixty cents per year, and as so modified affirmed, without costs. No opinion. Settle orders on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.